# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151347
151969

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 151347
                                       COA: 325069
                                       Wayne CC: 11-012587-FH

ROBERT DARYL THREAT,
      Defendant-Appellant.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 151969
                                       COA: 325069
                                       Wayne CC: 11-012587-FH

ROBERT DARYL THREAT,
      Defendant-Appellant.

_____/

On order of the Court, the applications for leave to appeal the February 25, 2015 and the May 21, 2015 orders of the Court of Appeals are considered, and they are DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017



s0227

Clerk